IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Joel Cater and Catrina Ford Cater
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

21st Mortgage Corporation
_____
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 2016 JUL 13 PM 2:10

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: Joel Carter + Catrina Ford Carter
         Defendants: 21s Mortgage Corporation

      2. Court (if federal court, name the district; if state court, name the county): Western District
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      6. Approximate date of filing lawsuit: 7-13-2016
      7. Approximate date of disposition: _____

-1-

Revised 4/28/08

II. Place of Present Confinement: _____ N/A

    A. Is there a prisoner grievance procedure in the institution?

        Yes ( )  No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ( )  No ( )  N/A

    C. If your answer is Yes:

        1. What steps did you take? _____ N/A

        2. What was the result? _____ N/A

    D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff  Joel Carter and Catomaford Carter

        Address  1822 Netherwood

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant  21st Mortgage Corporation  is employed as

        at ___

    C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Mortgage Fraud by 21st Mortgage, they do not posses the original Note regarding negotiable instruments. Collecting mortgage payments under Fraud & return

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To restrict and Prohibit the Mortgage Company from any other payments or action regarding this real property located at 1872 Netherwood. And refund all monies paid to them. And pray for $15,000.00 plus clear Title.

VI. Jury Demand
I would like to have my case tried by a jury (Yes) ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 20th day of July, 2016.

Natural Female _____

Natural Male _____
(Signature of Plaintiff/Plaintiffs)

[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF SHELBY]
6-29-2019

Revised 4/18/08